```
1  Curtis R. Hagan
   State Bar No. 164310
2  BORTON, PETRINI & CONRON, LLP
   463 Pacific Avenue
3  San Francisco, California  94133
   Telephone (415) 677-0730
4  Facsimile (415) 677-0737

5  Attorneys for Defendants
   H. ANTHONY JEW and VIOLET W. JEW
6

7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALETTE TEMPLE, | ) | No. CO 50164 JL |
| | ) | |
| Plaintiff, | ) | ANSWER TO COMPLAINT |
| | ) | |
| vs. | ) | JURY DEMAND BY DEFENDANTS |
| | ) | |
| H. ANTHONY JEW and VIOLET JEW, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, defendants H. ANTHONY JEW and VIOLET W. JEW answer the complaint filed by plaintiffs as follows:

I.

These answering defendants lack sufficient information and belief to either admit or deny the allegations contained in paragraphs numbered 1, 3, 10, 12, 13, 15, 25, 27 and based upon such lack of information and belief, deny each and every allegation contained in said numbered paragraphs.

II.

These answering defendants deny each and every allegation contained within paragraphs numbered 9, 14, 16-18, 24, 26 and further deny that plaintiffs are entitled to any relief whatsoever,

1

ANSWER TO COMPLAINT

in any sum, or at all.

### III.

In responding to paragraph number 19 these answering defendants incorporate each and every response to each and every paragraph included in paragraphs 1 through 18.

### IV.

These answering defendants admit the allegations contained within paragraphs numbered 2, 4-8, 11, 20-23.

## AFFIRMATIVE DEFENSES

### I.

These answering defendants allege that plaintiffs' complaint and each alleged cause of action therein, fails to state facts sufficient to constitute a cause of action as to these answering defendants.

### II.

These answering defendants are informed and believe and thereupon allege that plaintiffs, by the exercise of reasonable effort and/or care, could have mitigated the damages alleged to have been suffered, but plaintiffs have failed, neglected and refused, and continue to fail and refuse, to exercise reasonable effort to mitigate the damages, if any.

### III.

These answering defendants allege that each alleged cause of action set forth in the complaint herein is barred by the applicable statute of limitations.

### IV.

These answering defendants allege that treble damages or

punitive damages are violative of the due process, equal protection and right of privacy provisions of the constitutions of the United States and the State of California and that this Court, therefore, does not have subject matter jurisdiction to hear or determine the punitive damage claim.

V.

Plaintiffs' claims are barred by the equitable Doctrine of Laches.

VI.

Plaintiffs' claims are barred by the equitable Doctrine of Estoppel.

VII.

Plaintiffs' claims are barred by the equitable Doctrine of Unclean Hands.

WHEREFORE, these answering defendants pray that plaintiffs take nothing by way of plaintiffs' complaint and defendants go hence with defendants' costs of suit, and for such other and further relief as the Court deems proper.

DATED: February 9, 2005

BORTON, PETRINI & CONRON, LLP

By _____
Richard E. Morton,
Attorneys for Defendants
H. ANTHONY JEW and VIOLET W. JEW

ANSWER TO COMPLAINT

## DEMAND FOR JURY TRIAL

Defendants hereby demand a jury for all claims for which is jury is permitted.

DATED: February 9, 2005

        BORTON, PETRINI & CONRON, LLP

By _____Curtis Hagan, for_____
Richard E. Morton,
Attorneys for Defendants
H. ANTHONY JEW and VIOLET W. JEW