THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Alette Temple

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETTE TEMPLE | Case No.  C 05-0164 JL |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| H. ANTHONY JEW and VIOLET W. JEW, | |
| Defendants. | |
| _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for one year(s) from the

date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

Date:  February 24, 2005                              Date:  February 24, 2005


_S/Curtis R. Hagen_____          __S/Thomas N. Stewart, III___
Curtis R. Hagen,                                      Thomas N. Stewart, III,
Attorney for Defendants                       Attorney for Plaintiff


I, Thomas N. Stewart, III, attest that Curtis R. Hagen has executed a copy of this Dismissal, and that I have in my possession a copy with his holographic signature.

Date: February 24, 2005

____S/Thomas N. Stewart, III_
Thomas N. Stewart, III

IT IS SO ORDERED:



Date:                                                   _____
                                                                        Judge/Magistrate